■ CONCETTA REDINO, Appellant, v. NICHOLAS J. REDINO et al., Respondents.— Motion granted and time for argument of appeal extended to and including February 1961 Term of court.

■ BUFFALO SAVINGS BANK, Plaintiff, v. BEVERLY VICTORY et al., Defendants.— Motion of Erie County Savings Bank granted to submit a brief as *amicus curiæ* and otherwise denied.

■ (A) RICHARD A. HAYMAN et al., Respondents, v. FRED JANIK et al., Doing Business as FRED JANIK, GENERAL CONTRACTOR, Appellants. (B) THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. B. F. PRODUCTS, R. GENE BROWN and HAROLD NISSENSON, Appellants. (C) ROCCO MANZI, JR., Appellant, v. ROCCO MANZI, SR., et al., Respondents. BEVERLY MANZI, Appellant, v. ROCCO MANZI, SR., et al., Respondents.— [In each action] Motion granted and appeal dismissed.

■ (A) THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CLEVELAND KIMBROUGH, Appellant. (B) THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. RANDOLPH COVINGTON, Appellant.— [In each action] Motion to dismiss appeal dismissed on ground motion papers not timely served.

■ EDWARD MILLER, Appellant, v. FORD MOTOR Co., Respondent.— Appeal dismissed unless records and briefs are filed and served on or before January 23, 1961. Respondent's brief must be filed on or before February 2, 1961 if appeal is to be argued at February 1961 Term.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. PAUL BOLAND, Appellant.— Motion granted to appeal on original papers, typewritten briefs, and Franklin J. Schwarzer, Esq., of Syracuse, assigned as counsel.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HOWARD MACKEY, Appellant.— Order entered substituting Robert W. Hartnett, Esq., of Syracuse, as counsel in place of Robert B. Anderson, Esq.

■ In the Matter of ROSE PATANZO, as Executrix, Appellant. REGINA K. HANEY, Respondent; LOUIS F. HANEY, Appellant.— Motion to dismiss appeal denied and previous conditional order amended to provide that records and briefs shall be filed and served on or before January 6, 1961.

■ (A) THOMAS C. LO PRESTI, Respondent, v. CITY OF BUFFALO, Appellant. (B) In the Matter of the Arbitration between ANGELO P. MOLE, as Administrator of the Estate of RICHARD F. MOLE, Deceased, Appellant, and QUEEN INSURANCE CO. OF AMERICA, Respondent. (C) STEPHANIE G. PETERS, as Administratrix of the Estate of FELICIA L. PETERS, Deceased, Respondent, v. THOMAS D. POWELL et al., Appellants.— [In each action] Order of dismissal for failure to prosecute entered pursuant to rule X of the Rules of the Appellate Division, Fourth Department.

## FIRST DEPARTMENT, FEBRUARY, 1961

## (February 2, 1961)

■ ELEANOR SANDS, Respondent, v. LOUIS TUFAROLO, Appellant.— Order of filiation, entered on April 3, 1959, unanimously reversed, on the law and on the facts, and the petition dismissed, without costs. Complainant asserts she became pregnant as the result of an act of intercourse with respondent on March 21, 1954. The child was born on December 15, 1954. While respondent admits he had relations with complainant for some years prior to and following the alleged date of impregnation, he denies having had any intercourse during the months of February or March, 1954. In fact, it is not disputed that he did not return to New York from Florida until the middle of March,